No. 82–1102. GREY v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1108. SIEGEL v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1115. KONDRAT v. CITY OF WILLOUGHBY HILLS. Ct. App. Ohio, Lake County. Certiorari denied.

No. 82–1116. ALTMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–1120. TORAASON v. BURKART. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 82–1122. JOHMANN v. JOHMANN. Super. Ct. N. J., App. Div. Certiorari denied.

No. 82–1123. LABOKE ET AL. v. LOWDERMILK ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–1136. CUMIS INSURANCE SOCIETY, INC. v. GOVERNMENT EMPLOYEES CREDIT UNION ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1140. McLEAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–1145. ROTHBALLER ET AL. v. WANLESS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 82–1151. LEATHERSMITH OF LONDON, LTD. v. ALLEYN. C. A. 1st Cir. Certiorari denied.

No. 82–1170. STUART-CABALLERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.